IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIONAL AUTOMOTIVE
PARTS ASSOCIATION, INC.
    Plaintiff(s)    \*    Case No.: MJG 02 CV 3310

vs.    \*

    \*

BEL AIR AUTO CARE CENTER, INC.
GARY FRANKLIN
    Defendant(s)    \*

\*\*\*\*\*

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Having read and considered the Motion for Admission *Pro Hace Vice* filed by Matthew A. Egeli on behalf of Steven G. Hill, it is this _14th_ day of _November_, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Motion be and hereby is GRANTED.

_11/14/02_
Date

Felicia C. Cannon
**Clerk, United States District Court**

cc:

Matthew A. Egeli, Esquire
Hartman and Egeli, LLP
116 Defense Highway, Suite 300
Annapolis, Maryland 21401-7047

Steven G. Hill, Esquire
Hill, Kertscher & Pixley
Overlook III
2859 Paces Ferry Rd., Suite 750
Atlanta, Georgia 30339