IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL AUTOMOTIVE              *
PARTS ASSOCIATION, INC.
                                 *
        Plaintiff
                                 *
        vs.                          CIVIL ACTION NO. MJG-02-3310
                                 *
BEL AIR AUTO CARE CENTER, INC.
and GARY FRANKLIN                *

        Defendants               *

*       *       *       *                *       *       *       *       *

## ORDER DIRECTING PLAINTIFFS TO ACTIVATE CASE

It appears that the Plaintiff has served Defendants and obtained an Order of Default.

Accordingly:

1. By May 2, 2003, Plaintiff shall:

    a. Advise the Court that the case is settled,

    b. Present the Court with an agreed, or proposed, Scheduling Order including a deadline for response to the Complaint and a dispositive motion deadline no more than five months from the date of this Order, or

    c. File a Motion for Default Judgment, including an affidavit establishing the amount of the judgment sought.

2. Should Plaintiff not comply with the foregoing paragraph, this case shall be dismissed with prejudice.

SO ORDERED, on <u>Friday, 18 April, 2003</u>.

<u>       / s /        </u>
Marvin J. Garbis
United States District Judge