IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. MJG 02 CV 3310 |
| v. | ) ) ) | |
| BEL AIR AUTOCARE CENTER, INC. and GARY FRANKLIN, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF SCHEDULING ORDER

COMES NOW, NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC. ("NAPA"), Plaintiff in the above-styled action, and moves this Honorable Court to enter the Proposed Scheduling Order, attached hereto, showing the Court as follows:

NAPA submits the Proposed Scheduling Order pursuant to this Court's Order of April 18, 2003, in which the Court directed NAPA to either file a proposed or agreed upon Scheduling Order, or file a Motion for Default Judgment. Although Defendants Bel Air Auto Care Center, Inc. and Gary Franklin ("Defendants") have not entered an appearance in this case, NAPA anticipates a need for limited discovery in order to prove damages before it can move for default judgment.

As such, NAPA respectfully requests that its Motion for Entry of Scheduling Order be GRANTED, and the Proposed Scheduling order be entered by the Court.

This 2nd day of May, 2003.

Respectfully submitted,

A/s/@Steven G. Hill
Steven G. Hill
Georgia Bar No. 354658
Admitted Pro Hac Vice

Hill, Kertscher & Pixley LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339
(770) 953-0995
(770) 953-1358 (fax)

Matthew A. Egeli
Maryland Bar No. 05987
Hartman and Egeli, LLP
116 Defense Highway, Suite 300
Annapolis, Maryland 21401
(410) 266-3232
(410) 266-5561 (fax)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. MJG 02 CV 3310 |
| v. | ) ) | |
| BEL AIR AUTOCARE CENTER, INC. and GARY FRANKLIN, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF SCHEDULING ORDER has been served via U.S. Mail, postage prepaid, upon the following for Defendants:

Gary Franklin
Bel Air Auto Care Center
418 N. Main St.
Bel Air, Maryland 21014

This 2nd day of May, 2003.

Respectfully Submitted,

A/s/@Steven G. Hill

Steven G. Hill
Georgia Bar No. 354658
Hill, Kertscher & Pixley

3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. MJG 02 CV 3310 |
| v. | ) ) | |
| BEL AIR AUTOCARE CENTER, INC. and GARY FRANKLIN, | ) ) ) ) | |
| Defendants. | ) | |

## **(PROPOSED) SCHEDULING ORDER**

Having heard from the Plaintiff on May 2, 2003, on matters regarding the schedule in this case, and recognizing that Defendants have failed to make an appearance in this case, the Court Orders that the following shall be the schedule for discovery in this case:

1. **Applicability.** This Scheduling Order sets forth the special rules governing the pre-trial proceedings in this matter. Except as otherwise provided herein, the Federal Rules of Civil Procedure and the Local Rules of this Court apply.

2. **Answer of Defendants.** Defendants shall have thirty (30) days from the entry of the Scheduling Order to file with the Court an Answer to the specific allegations in Plaintiff's Complaint.

3. **Dispositive Motions.** All dispositive motions by the parties, including Motions to Dismiss, Motions for Summary Judgment, and

Motions for Default Judgment, shall be filed within four (4) months of the entry of the Scheduling Order.

4.     **Discovery.** The parties shall complete any necessary discovery within four (4) months of the entry of the Scheduling Order.

The Court shall not amend this scheduling order except upon a showing of good cause. It is so ordered this ___ day of _____, 2003.

_____
Judge Marvin J. Garbis
United States District Court Judge
District of Maryland