FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAY -8  A 10: 26

CLERK'S OFFICE
BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL AUTOMOTIVE )
PARTS ASSOCIATION, INC. )
 )
Plaintiff )
 )
v. ) CIVIL ACTION NO. MJG-02-3310
 )
BEL AIR AUTOCARE )
CENTER, INC. and GARY )
FRANKLIN )
 )
Defendants )

### ORDER

Having considered the Plaintiff's Motion for Entry of Scheduling Order on matters regarding the schedule in this case, and recognizing that Defendants have failed to make an appearance in this case, the Court Orders that Plaintiff's Motion is hereby GRANTED.

SO ORDERED, on Wednesday, 7 May, 20003

/s/
_____
Marvin J. Garbis
United States District Judge