FILED
U.S. DISTRICT
STRICT OF MA

2003 MAY -8  A 10: 26

CLERKS OF...
AT BALTIMORE
————— DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. MJG 02 CV 3310 |
| v. | ) ) | |
| BEL AIR AUTOCARE CENTER, INC. and GARY FRANKLIN, | ) ) ) ) | |
| Defendants. | ) ) | |

SCHEDULING ORDER

Having heard from the Plaintiff on May 2, 2003, on matters regarding the schedule in this case, and recognizing that Defendants have failed to make an appearance in this case, the Court Orders that the following shall be the schedule for discovery in this case:

1.  **Applicability.** This Scheduling Order sets forth the special rules governing the pre-trial proceedings in this matter. Except as otherwise provided herein, the Federal Rules of Civil Procedure and the Local Rules of this Court apply.

2.  **Answer of Defendants.** Defendants shall have thirty (30) days from the entry of the Scheduling Order to file with the Court an Answer to the specific allegations in Plaintiff's Complaint.

3.  **Dispositive Motions.** All dispositive motions by the parties, including Motions to Dismiss, Motions for Summary Judgment, and

A

Motions for Default Judgment, shall be filed within four (4) months of the entry of the Scheduling Order.

4. **Discovery.** The parties shall complete any necessary discovery within four (4) months of the entry of the Scheduling Order.

The Court shall not amend this scheduling order except upon a showing of good cause. It is so ordered this 7th day of ___May___, 2003.

 

 

___/s/___
Judge Marvin J. Garbis
United States District Court Judge
District of Maryland