IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL AUTOMOTIVE PARTS ASSOCIATION, INC.** | * |
| | * |
| Plaintiff | |
| | * |
| v. | |
| | * |
| **BEL AIR AUTO CARE CENTER, INC**. | * |
| | |
| Defendant | * Case No. MJG-02-3310 |

\* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF BANKRUPTCY

Bel Air Auto Care Center, Inc., by and through its attorneys, Craig H. DeRan, Esquire, and Stark and Keenan, P.A., hereby notifies this Court and all parties that Bel Air Auto Care Center, Inc. has filed a Chapter 7 Petition in Bankruptcy in the United States Bankruptcy Court for the District of Maryland, Case No. 03-67485. Attached as Exhibit A is that Court's Notice to Creditors.

Respectfully submitted,

_____/s/_____
Craig H. DeRan, Esquire    Bar No.024667
Stark and Keenan, P.A.
30 Office Street
Bel Air, Maryland 21014
(410) 879-2222/838-5522 (telephone)
(410) 879-0688 (facsimile)

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of March, 2004, a copy of the foregoing Suggestion of Bankruptcy was mailed first class, postage prepaid, to Matthew Alfred Egeli, Esquire, Hartman and Egeli, 116 Defense Highway, Suite 300, Annapolis, Maryland 21401, Steven G. Hill, Esquire, Hill, Kertscher and Pixley, 2859 Paces Ferry Road, Suite 750, Atlanta, Georgia 30339, and Gary Wayne Franklin, 418 N. Main Street, Bel Air, Maryland 21014.

                                                            /s/
                                         Craig H. DeRan, Esquire

C:\Documents and Settings\WS22\Local Settings\Temporary Internet Files\OLKEE\Suggestion of Bankruptcy.District Court of MD1.wpd

-2-