FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)        Case Number 03-67485

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/22/03.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Bel Air Auto Care Center, Inc.
*debtor has no known aliases*
418 N. Main Street
Bel Air, MD 21014

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 03-67485   JS | 52-2333436 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Peter T. McDowell | Bud Stephen Tayman |
| 305 W. Chesapeake Ave., Ste. 209 | 6303 Ivy Lane |
| Towson, MD 21204 | Suite 140 |
| Telephone number: (410) 296-8160 | Greenbelt, MD 20770 |
| | Telephone number: (301) 474-8831 |

### Meeting of Creditors:

Date: **January 30, 2004**         Location: **300 W. Pratt, #375, , Baltimore, MD 21201**
Time: **10:00 AM**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**3/30/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Baltimore Division | Clerk of the Bankruptcy Court: |
| 101 West Lombard Street, Ste. 8303 | Mark D. Sammons |
| Baltimore, MD 21201 | |
| Telephone number: (410) 962-2688 | |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 12/23/03 |

EXHIBIT A

029517       DEC 2 9 2003