# STARK AND KEENAN
### A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

30 OFFICE STREET

BEL AIR, MARYLAND 21014

(410) 838-5522
(410) 879-2222
FAX
(410) 879-0688

ELWOOD V. STARK, JR.
CHARLES B. KEENAN, JR.
EDWIN G. CARSON
JUDITH SILVERSTEIN
GREGORY A. SZOKA
ROBERT S. LYNCH
PAUL W. ISHAK
LAWRENCE F. KREIS, JR.
CRAIG H. DERAN

HAVRE DE GRACE OFFICE

"THE OLD ORDINARY"
100 ST. JOHN STREET
HAVRE DE GRACE, MARYLAND 21078

(410) 939-0100

March 26, 2004

The Honorable Susan K. Gauvey
U. S. Magistrate Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   National Automotive Parts Association, Inc. v.
      Bel Air Auto Care Center, Inc., et al.
      Civil No. MJG-02-3310

Your Honor:

I have received your letter to counsel dated March 12, 2004, and thank you for same. On behalf of this firm's client, Bel Air Auto Care Center, Inc., I have filed a Suggestion of Bankruptcy in the above-referenced case. The Chapter 7 Petition was filed on December 29, 2003. The Plaintiff in this case, National Automotive Parts Association, Inc., was listed as a Creditor, and was presumably given notice of the Bankruptcy. The Meeting of Creditors occurred on January 30, 2004. While I was not present at that meeting (I do not represent the Debtor in the Bankruptcy case), it is my understanding that the Trustee will most likely treat the case as a No-Asset Bankruptcy. In order to comply with Your Honor's Order of March 12, however, I am providing to Plaintiff's counsel an entire copy of Bel Air Auto Care Center, Inc.'s Chapter 7 Petition.

Should Your Honor or anyone else have any questions, please feel free to contact me. Otherwise, I would ask that this matter be stayed in accordance with 11 U.S.C.A. § 362.

Very truly yours,

Craig H. DeRan

Craig H. DeRan

CHD:pb
cc:   Matthew Alfred Egeli, Esquire
      Steven G. Hill, Esquire